ATLANTIC GULF AND WEST INDIES STEAMSHIP LINES, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued May 12, 1947; decided May 23, 1947.

*Charles E. Murphy, Corporation Counsel (Harry E. O'Donnell* and *Reuben Levy* of counsel), for appellant.

*Inzer B. Wyatt* and *John R. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.